UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RUDY DAVILA, on his own behalf and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>HOLLYWOOD ENTERTAINMENT CORPORATION, a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. EDCV 09-00241 SGL (OPx)<br><br>[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER |

## ORDER

Having considered the parties' Stipulated Protective Order and for good cause shown, IT IS ORDERED that the Stipulated Protective Order shall become the order of this Court.

**IT IS SO ORDERED.**

Dated: 6/16/09

_____
Hon. Judge Oswald Parada

[PROPOSED] ORDER
CASE NO. EDCV 09-00241 SGL (OPx)