1  COOLEY GODWARD KRONISH LLP
   MICHELLE C. DOOLIN (179445)
2  (DOOLINMC@COOLEY.COM)
   JOSEPH S. LEVENTHAL (221043)
3  (JLEVENTHAL@COOLEY.COM)
   4401 Eastgate Mall
4  San Diego, CA  92121
   Telephone:   (858) 550-6000
5  Facsimile:   (858) 550-6420

6  Attorneys for Defendant
   HOLLYWOOD ENTERTAINMENT CORPORATION
7

8              UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT

10                  EASTERN DIVISION

11

12  RUDY DAVILA, on his own behalf        Case No. ED CV 09-00241 SGL (OPx)
    and on behalf of all others similarly
13  situated and on behalf of the general  **STIPULATION REGARDING**
    public,                                **DEFENDANT'S PROPOSED**
14                                         **SCHEDULE FOR CLASS**
                   Plaintiff,              **CERTIFICATION**
15
    v.
16
    HOLLYWOOD ENTERTAINMENT
17  CORPORATION, a Virginia
    corporation; and DOES 1 through 50,
18  inclusive,
19                 Defendant.
20

21

22      WHEREAS, on August 10, 2009, the Court set a briefing schedule for

23  plaintiff's motion for class certification;

24      WHEREAS, the parties agreed to participate in a private mediation and the

25  Court entered the Order Re: Settlement Procedure Selection: Request and Notice on

26  August 10, 2009;

27      WHEREAS, the Court set the motion for class certification due no later than

28  February 1, 2010, the opposition to the motion for class certification due no later

                              1.

than March 1, 2010, the optional reply to the opposition to class certification due no later than March 22, 2010, the hearing on the motion for class certification for March 29, 2010, at 10:00 a.m.;

WHEREAS, the parties now have a private mediation before the Hon. Edward A. Infante (Ret.) scheduled for November 18, 2009;

WHEREAS, defendant believes that it is in the best interests of resolving this matter at the November 18th mediation to avoid unnecessary costs associated with opposing plaintiff's anticipated motion for class certification and that the current schedule set by the Court would require the additional expenditures of defendant's resources prior to the mediation toward that end;

WHEREAS, plaintiff is able and willing to comply with the class certification schedule currently set by the Court, but does not oppose the proposed schedule below and is willing to accommodate defendant's request to continue the currently-set dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for plaintiff to file his motion for class certification, currently scheduled for February 1, 2010, is continued until April 1, 2010;

IT IS FURTHER STIPULATED that the deadline for defendant to file its opposition to the motion for class certification, currently scheduled for March 1, 2010, is continued until April 26, 2010;

IT IS FURTHER STIPULATED that the deadline for plaintiff to file his optional reply to the opposition to class certification, currently scheduled for March 22, 2010, is continued until May 17, 2010;

/ / /

/ / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

STIP. RE PROPOSED CLASS
CERTIFICATION SCHEDULE
ED CV 09-00241 SGL (OPx)

1    IT IS FURTHER STIPULATED that the hearing on the motion for class

2  certification, currently scheduled for March 29, 2010, at 10:00 a.m., is continued

3  until May 24, 2010, at 10:00 a.m.

4

5    IT IS SO STIPULATED.

6

7

8  Dated:        August 27, 2009        COOLEY GODWARD KRONISH LLP
                                        MICHELLE C. DOOLIN (179445)
9                                       JOSEPH S. LEVENTHAL (221043)

10

11                                      /s/Joseph S. Leventhal
                                        _____
12                                      Joseph S. Leventhal (221043)
                                        Attorneys for Defendant
13                                      HOLLYWOOD ENTERTAINMENT
                                        CORPORATION

14  Dated:        August 27, 2009        EMGE & ASSOCIATES
                                        DEREK J. EMGE (161105)
15
                                        LAW OFFICES OF DAVID A. HUCH
16                                      DAVID A. HUCH (222892)

17

18                                      /s/David A. Huch
                                        _____
19                                      David A. Huch (222892)

20                                      Attorneys for Plaintiff
                                        RUDY DAVILA

21

22

23

24  644052/SD

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIP. RE PROPOSED CLASS
CERTIFICATION SCHEDULE
ED CV 09-00241 SGL (OPx)